**Dismiss and Opinion Filed June 7, 2021**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-20-00963-CV

## IN RE DAICO SUPPLY COMPANY AND GILBERTO BERCIAN, Relator

**Original Proceeding from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-18216**

## MEMORANDUM OPINION

Before Justices Pedersen, III, Carlyle, and Garcia
Opinion by Justice Pedersen, III

In their November 6, 2020 petition for writ of mandamus, relators challenge the trial court's order granting real parties in interest's motion for a continuance and for a modified scheduling and pretrial order, to the extent the court required that the third-party claims be tried separately from the other claims. On May 28, 2021, relator filed an unopposed motion to dismiss, advising us that this original proceeding has been rendered moot. We grant the motion and dismiss the petition.

200963f.p05

/Bill Pedersen, III//
BILL PEDERSEN, III
JUSTICE